IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRANDON DANNER**                                                                                          **PLAINTIFF**

v.                          **CASE NO. 3:22-CV-00223 BSM-JTR**

**STEVE FRANKS, et al.**                                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of October 2023.

_____
UNITED STATES DISTRICT JUDGE